## No. 09-13-00331-CV

Mike O'Brien _____ , Appellant  ☐  IN THE COURT OF APPEALS

☐

VS.  ☐  FOR THE

☐

Corinthian Pointe Yacht and  ☐  NINTH DISTRICT OF TEXAS
Racquet Club, Inc. _____ , Appellee

---

## MEDIATION APPOINTMENT AND FEES REPORT

Judge Davie L. Wilson was appointed mediator in the above styled and numbered cause by the order of the Court, and then found to be agreeable by the parties. Thereafter, the case

_____ settled prior to mediation

_____ settled during mediation

_____ settled after mediation

_____ did not settle

The parties and mediator agreed that the mediator would be paid as follows:

$ _____ paid by _____

$ _____ paid by _____

$ _____ paid by _____

$ _____ paid by _____

Such payments may be reassessed as costs pursuant to ☐154.054, Tᴇx. Cɪv. Pʀᴀᴄ. & Rᴇᴍ. Cᴏᴅᴇ and Rule 89, Tᴇx. R. Aᴘᴘ. P.

Signed: _____

(mediator)

_____

_____

_____

_____

_____

Date: _____

Approved.

**PER CURIAM**

Date: September 19, 2013